THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES NORMAN, Appellant.

The record adequately supports the determination made after a *Wade/Mapp* hearing denying that branch of defendant's pretrial motion which sought suppression of complainant's in-court identification of defendant, based upon a sufficient independent basis to identify defendant (*see, People v Pleasant,* 54 NY2d 972; *United States v Crews,* 445 US 463). In addition, the hearing

court properly found that defendant lacked standing to challenge a search of the stolen automobile from which he was taken upon his illegal arrest (*People v McCloud,* 81 AD2d 645, 646; *see also, People v Ponder,* 54 NY2d 160; *People v Butler,* 90 AD2d 797; *United States v Salvucci,* 448 US 83). Consequently, defendant has failed to show an appropriate ground for reversal of the judgment. Mangano, J. P., Gibbons, Niehoff and Lawrence, JJ., concur.